IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| MICHAEL SOWERS § | CASE NO. 24-50182 |
| STACEY SOWERS § | CHAPTER 13 |
|     DEBTORS § | |

## TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. §1302(c)

The Standing Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtors pursuant to 11 U.S.C. §1302(c).

1. Name of Debtors' businesses:
   a. RWE, LLC
   b. All About Wells, LLC

2. Description of Debtors' businesses:
   a. RWE, LLC - residential and commercial construction company
   b. All About Wells, LLC - waste water well company

3. Debtors' businesses styled as an: LLC

4. Number of employees or contract laborers:
   a. RWE, LLC - W2 (5), 1099 (0 - 12)
   b. All About Wells, LLC - W2 (7), 1099 (0 - 1)

5. Debtors do / do not obtain trade credit in the operation of the businesses. Do not

6. All required federal tax returns have been filed. Pending

7. The result of the Trustee's investigation pursuant to 11 U.S.C. §1106(a) is summarized in Exhibit 1.

8. Pursuant to General Order 08-1, the Trustee certifies this as a case involving a debtor engaged in business.

Dated this 2nd day of February, 2025.

/s/ Carey D. Ebert
Carey Ebert, TBN 05332500
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL SOWERS | § | CASE NO. 24-50182 |
| STACEY SOWERS | § | CHAPTER 13 |
| DEBTORS | § | |

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the Trustee's Statement Pursuant to 11 U.S.C. §1302(c) has been served upon the following parties in interest by mailing a copy of the same to the parties - inclusive of the Debtor and Debtor's attorney - listed on the attached list of parties requesting notice of this case via first class mail:

Dated: 2/3/25

/s/ Carey D. Ebert
Carey Ebert, TBN 05332500
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

## **EXHIBIT 1**

## **Analysis of Financial Data and Trustee's Recommendation**

The Debtors testified that large scale embezzlement by a former business partner led to their bankruptcy filing. He allegedly absconded with a large amount of funds, as well as valuable equipment used in their businesses. As a result, the Debtors' cash flow was significantly impacted. Their debt structure became unmanageable, and they determined that the best option was to file a Chapter 13 bankruptcy.

Currently, positive changes have been made in continuing to grow the business, while recovering from the loss of business assets and the associated cash flow from same. The debt consolidation advantages of the Chapter 13 have provided a mechanism by which the Debtors believe they can reconstruct their economic situation.

While impacted by the aforementioned alleged embezzlement, the Debtors' businesses still generate significant income. The prospects for increasing said revenue look quite positive, and the Debtors' testimony and financial records provided substantiate that economic trajectory. Combined with the debt consolidation benefits of the bankruptcy, and through incorporating better financial controls to ensure there is never a repeat of the lost resources, the Debtors appear to be positioned to operate their businesses in a financially successful and economically sustainable manner.

It is the opinion of the Trustee, pursuant to 11 U.S.C. §1302(c) and §1106(a), and based upon the financial data furnished by the Debtors, that the Debtors' businesses are viable. The Trustee is also of the opinion that the continuance of the businesses are desirable, and the Chapter 13 plan is feasible.