**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

IN RE: MICHAEL AND STACEY SOWERS       CASE NO. 24-50182
   Debtor      Chapter 13

**OBJECTION TO MOTION OF STATE BANK OF DEKALB FOR RELIEF FROM AUTOMATIC STAY AND REQUEST FOR HEARING SET IN TEXARKANA, TEXAS**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now the Debtor(s), MICHAEL ND STACEY SOWERS, by and through their attorney, Susan McDaniel-Binkley, and for their Objection to Motion for Relief from Automatic Stay would show the Court as follows:

1. The Debtor(s) denies all material allegations contained in Movants' Motion and demand strict proof thereof.

2. The Debtor(s) would show the Court that the above referenced Motion for Relief is in regard to real and personal property. The Debtor(s) would show that the property is insured. The Debtor(s) would show that the property is necessary for an effective reorganization and would suffer irreparable injury should the Movants' Motion be granted.

WHEREFORE, PREMISES CONSIDERED, the Debtor(s) respectfully move that Movants' Motion be in all things denied and for all further relief to which they may be entitled.

Respectfully submitted,

/s/ Susan McDaniel - Binkley
Attorney at Law
Arkansas Bar No. 2004020
4223 Jefferson Ave.
Texarkana, Arkansas 71854
(870) 772-7711 / (903) 791-8004
Fax (870) 621-2311

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing Objection to Motion for Relief from Automatic Stay has been served upon Robert McGinnis, Attorney, 4102 Summerhill Road, Texarkana, Texas 75503 and Carey Ebert, P.O. Box 941166, Plano, Texas by electronic filing on this  25 day of February 2025.

                                                          /s/ Susan McDaniel - Binkey
                                                         Susan McDaniel - Binkley