IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-50182 |
| | § | |
| MICHAEL SOWERS | § | |
| STACEY SOWERS | § | |
| | § | |
| DEBTORS | § | CHAPTER 13 |

OBJECTION OF GUARANTY BANK & TRUST, N.A. TO
CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN
(Plan Filed March 8, 2025)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW GUARANTY BANK & TRUST, N.A. ("GBT") and files this Objection to Confirmation of Debtors' Chapter 13 Plan filed March 8, 2025.

1. GBT is the owner and holder of a Promissory Note made by RWE LLC and executed by Michael Sowers, Managing Member of RWE LLC (the "Note") dated March 10, 2020, in the original amount of $233,900.

2. To secure payment of the Note, RWE LLC granted GBT a deed of trust lien in real property more fully described in the Deed of Trust and commonly known as 117-119 Plaza West, Texarkana, TX, 75501 (the "Deed of Trust"). The Note is also secured by an Assignment of Rents made by TRWE LLC to GBT. The Debtor, Michael Sowers, guaranteed payment of the Note under a Commercial Guaranty. The guaranty is an unconditional continuing guaranty.

3. RWE LLC is a Texas limited liability company. The Debtor is a member of RWE LLC. Under Texas law, a member of a limited liability company does not have an interest in any specific property of the company. *Texas Business Organizations Code, Section 101.106.*

4. Debtors' Plan should not be confirmed in that the Debtors have failed to make the plan payments. The Plan provides for the post-petition payments on the Note to be paid directly to GBT. Five payments have come due since the bankruptcy petition was filed but only four payments have been made. Furthermore, Debtors are delinquent on their plan payments to the Trustee. As of May 7, 2025, Debtors were delinquent in the amount of $10,200 having made only a partial payment in March and no payment in April.

5. Debtors' Plan should not be confirmed in that the claim of GBT is not properly classified. The Plan classifies the claim as a debt secured only by a security interest in real property that is the Debtors' principal residence. The property is not owned by the debtors and is not the debtors' principal residence. The property is owned by RWE LLC and is not property of the bankruptcy estate.

6. Debtors' plan proposes to cure the pre-petition arrearage on the Note from monthly plan payments administered by the Trustee. Again the claim of GBT is not properly classified. The Plan classifies the claim as a secured debt. However, the property securing the debt is owned by RWE LLC. Neither the debtors nor the estate own an interest in the real property that secures the claim of GBT. Accordingly, the claim is properly classified as an unsecured claim under the Bankruptcy Code. There is no provision in the standard provisions of the official plan that allows the Debtors to cure the pre-petition arrearage of an unsecured debt while maintaining post-petition payments directly to GBT on the Note. Furthermore, the claim of GBT is not treated as a nonstandard provision under Part 8 of the Plan. Debtors plan does not meet the requirements of 11 U.S.C. §1322(a)(3) and (b)(1) and 11 U.S.C. §1323(a)(3).

7. Debtors' plan should not be confirmed to the extent that it improperly classifies other

company debt as personal debt for the purpose of restructuring the debt.

Wherefore, Guaranty Bank & Trust N.A. prays that the Court deny confirmation of Debtor' Plan and for such other relief as is just.

Respectfully Submitted,

PATRICK LAW OFFICES

By: ___/s/ Glen Patrick_____
State Bar I.D. #15579500
ATTORNEYS FOR GUARANTY BANK & TRUST, N.A.
  2495 S. Main
  PO Box 938
  Lindale, Texas  75771
  Telephone No. 903/882-6173

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing was served either by electronic means or by regular first class mail on all parties listed below, this 8th day of May, 2025.

___/s/ Glen Patrick_____

DEBTORS:
Michael Sowers
9 Shadow
Texarkana, TX 75501

Stacey Sowers
9 Shadow
Texarkana, TX 75501

ATTORNEY FOR DEBTORS:
Susan McDaniel Binkley
McDaniel Binkley Law Office
4223 Jefferson Ave
Texarkana, AR 71854

TRUSTEES:
Carey D. Ebert
P. O. Box 941166
Plano, TX 75094-1166

Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702