# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

IN RE: MICHAEL SOWERS                                CASE NO. 24-50182
STACEY SOWERS

## ORDER TO DELAY CHAPTER 7 DISCHARGE

On this day came on for consideration the Motion To Delay Chapter 7 Discharge in the above referenced case. The Court, being well informed, finds that said Motion should be granted and the discharge shall be delayed until 12/15/2025.

IT IS THEREFORE ORDERED THAT:

The Discharge in this Chapter 7 case shall be delayed until 12/15/2025.

SO ORDERED.

Signed on 10/06/2025

_Brenda T. Rhoades_    SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE